# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:09 CV 170

| | |
|---|---|
| VALDESE WEAVERS, INC., )<br>)<br>   Plaintiff             )<br>)<br>V                          )<br>)<br>HIGHLAND FABRICS, INC. AND )<br>STUART COSGRIFF,           )<br>)<br>   Defendants     )| **ORDER** |

**THIS MATTER** is before the court on Geraldine Sumter's Application for Admission to Practice *Pro Hac Vice* of Brian Heller. It appearing that Brian Heller is a member in good standing with the New York Bar and will be appearing with Geraldine Sumter, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Geraldine Sumter's Application for Admission to Practice *Pro Hac Vice* (#3) of Brian Heller is **GRANTED**, and that Brian Heller is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Geraldine Sumter.

Signed: May 11, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge