# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv170

| | |
|---|---|
| VALDESE WEAVERS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| HIGHLAND FABRICS, INC. and ) | |
| STUART COSGRIFF, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte*.

By Order entered December 2, 2009, the parties were directed to provide the Court quarterly status reports on the progress of the New York state court action until such time as such action is resolved. [Doc. 20]. A review of the record reveals that the parties last filed a status report on March 23, 2011. [Doc. 23].

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall submit a joint status report on the progress of the New York State court action within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: August 3, 2011

Martin Reidinger
United States District Judge