# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv170

| | |
|---|---|
| VALDESE WEAVERS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| HIGHLAND FABRICS, INC. and ) | |
| STUART COSGRIFF, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the parties' Joint Response to Order to Show Cause [Doc. 27].

By Order entered August 4, 2011, the parties were directed to provide the Court a joint status report on the progress of the New York litigation by August 11, 2011. [Doc. 24]. When the parties failed to comply with this Order, the Court issued an Order directing the parties to show cause as to why this case should not be dismissed for failure to comply with the Court's directive. [Doc. 25].

The parties have filed a Joint Response to the Court's Show Cause Order, explaining why there was a delay in the filing of the joint status report. [Doc. 27]. Additionally, the parties have filed their quarterly joint

status report, advising the Court of the status of the New York litigation. [Doc. 26]. Based upon the parties' filings, the Court is satisfied that the parties have complied with the Court's directives.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Show Cause Order [Doc. 25] is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: September 5, 2011

Martin Reidinger
United States District Judge